Court of Appeals
Fourth Court of Appeals District of Texas


# MEMORANDUM OPINION

No. 04-11-00236-CV

**SSC SAN ANTONIO WEST OPERATING COMPANY, L.P.** D/B/A Retama Manor Nursing Center/San Antonio West,
Appellant

v.

Mary A. **KOENIG**, On Behalf of the Estate of Emilio Gonzalez,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-08562
Honorable Victor Hugo Negron Jr., Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  August 24, 2011

DISMISSED

The parties have settled their dispute and the appellant has filed an unopposed motion to dismiss this appeal.  The motion contains a certificate of service on counsel for appellee, and the appellant asserts that the appellee does not oppose the relief sought in appellant's motion.  The motion also requests that this court order the Bexar County District Clerk to release to appellant—in care of its counsel—the cash deposit posted in lieu of bond on June 2, 2011.  *See* TEX. R. APP. P. 24.1(c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The Bexar County District Clerk is ordered to release the balance of appellant's cash deposit posted in lieu of bond, plus any earned interest to which appellant may be entitled less any outstanding court costs or other authorized deductions, to appellant in care of its counsel. Any outstanding costs of this appeal are taxed against the party that incurred them. *See id.* 42.1(d).


PER CURIAM